DANIEL G. BOGDEN
United States Attorney
District of Nevada

C. HAY-MIE CHO
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, CA 94596
Telephone No.: (415) 268-5610
Facsimile No.: (415) 744-0134
Email Address: haymie.cho@ssa.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JASON S. CASTLE,<br>    Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No. 2:16-cv-02412-GMN-GWF<br><br>**UNOPPOSED MOTION FOR EXTENSION OF TIME**<br>(***FIRST REQUEST***) |

Defendant Carolyn W. Colvin, Acting Commissioner of Social Security ("Defendant") respectfully requests that the Court extend the time for Defendant to file her Answer, due on January 3, 2017 by 30 days, through and including February 2, 2017.

Defendant needs additional time to draft and file her answer because the United States Attorney's Office has not yet received the Certified Administrative Record (CAR).  Therefore, Defendant is unable to file the CAR with her Answer. Defendant contacted Plaintiff's counsel, Marc A. Kalagian, by telephone on January 3, 2017, but was unable to reach Plaintiff's counsel, Gerald Welt. Mr. Kalagian informed

-1-

-2-

1  Defendant that he would authorize Defendant's request on Mr. Welt's behalf.  This request is made in
2  good faith with no intention to unduly delay the proceedings.

　　　　Respectfully submitted this 3rd day of January, 2017.

                                   DANIEL G. BOGDEN
                                   United States Attorney

                                   */s/ C. Hay-Mie Cho*
                                   C. HAY-MIE CHO
                                   Special Assistant United States Attorney

OF COUNSEL:

DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX

                                   IT IS SO ORDERED:

                                   *George Foley Jr.*
                                   UNITED STATES MAGISTRATE JUDGE

                                   DATED: January 4, 2017

-3-

## CERTIFICATE OF SERVICE

I, **C. Hay-Mie Cho,** certify that the following individuals were served with a copy of the **UNOPPOSED MOTION FOR EXTENSION OF TIME** on the date and via the method of service identified below:

**CM/ECF:**

Marc V. Kalagian
Law Offices of Rohlfing & Kalagian, LLP
211 East Ocean Boulevard, Suite 420
Long Beach, CA 90802
marc.kalagian@rksslaw.com

Gerald M. Welt
732 S. Sixth Street, Suite 200-D
Las Vegas, NV 89101
gmwesq@weltlaw.com; kwp@weltlaw.com

Dated this 3rd day of January, 2017.

                                         */s/ C. Hay-Mie Cho*
                                         **C. HAY-MIE CHO**
                                         Special Assistant United States Attorney