Marc V. Kalagian
Attorney at Law: 4460
211 East Ocean Boulevard, Suite 420
Long Beach, CA 90802
Tel: (562)437-7006
Fax: (562)432-2935
E-Mail: rohlfing.kalagian@rksslaw.com
Attorneys for Plaintiff
JASON S. CASTLE

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JASON S. CASTLE | Case No.: 2:16-cv-02412-GMN-GWF |
| Plaintiff, | STIPULATION TO EXTEND TIME TO FILE MOTION FOR REVERSAL AND/OR REMAND |
| v. | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security. | (FIRST REQUEST) |
| Defendant. | |

Plaintiff Jason S. Castle and Defendant Nancy A. Berryhill, Acting Commissioner of Social Security, through their undersigned attorneys, stipulate, subject to this court's approval, to extend the time to April 27, 2017 for Plaintiff to file Plaintiff's Motion for Reversal and/or Remand; and that Defendant shall have until May 29, 2017, to file her opposition, if any is forthcoming. Any reply by plaintiff will be due June 19, 2017.

///

///

-1-

Case 2:16-cv-02412-GMN-GWF   Document 18   Filed 03/09/17   Page 2 of 4

1   As the Court is aware, after a 5 year battle with terminal stage 4 cancer
2   Plaintiff's Counsel's Spouse of the associate, who this matter is assigned to, passed
3   away on September 30, 2016.  The aftermath of this traumatic event on both
4   Counsel and his 9 year old son and 7 year old daughter was immeasurable.
5   Compounding the impact of this loss is the fact that Counsel's spouse was a former
6   employee at Counsel's Law Firm and her death was far reaching in its impact on
7   Counsel's professional life as well.  Due to the death, the subsequent holiday
8   period, and the need to find a permanent caregiver and the required time to
9   acclimate his children to that presence during his absence to meet his professional
10  obligations, Counsel requires the additional time to prepare and file her motion for
11  summary judgment.
12       Counsel for plaintiff does not anticipate this extraordinary request for more
13  time to become the rule and recognizes it is the extraordinary exception and
14  sincerely apologizes to the court for any inconvenience this may have had upon it
15  or its staff.
16  ///
17  ///
18  ///
19  ///
20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///

-2-

1  DATE: March 8, 2017                Respectfully submitted,

2                                     ROHLFING & KALAGIAN, LLP

3                                          /s/ *Marc V. Kalagian*

4                            BY: _____
                                     Marc V. Kalagian
5                                    Attorney for plaintiff Mr. Jason S. Castle

6

7  DATE:  March 8, 2017               Daniel G. Bogden
                                      United States Attorney
8

9
                                           /s/ *Hay-Mie Cho*
10
                             BY: _____
11                                    Hay-Mie Cho
                                      Special Assistant United States Attorney
12                                    Attorneys for defendant Nancy A. Berryhill
                                      |*authorized by e-mail|
13

14

15  DATED: March 9, 2017

16  IT IS SO ORDERED:    _____/s/ George Foley Jr._____

17                                    UNITED STATES MAGISTRATE JUDGE

18

-3-

**CERTIFICATE OF SERVICE
FOR CASE NUMBER 2:16-CV-02412-GMN-GWF**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for this court by using the CM/ECF system on March 8, 2017.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/ Marc V. Kalagian*
_____

Marc V. Kalagian
Attorneys for Plaintiff